JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUBBY GORILLA, INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>HILLS POINT INDUSTRIES, LLC, doing business as GORILLA GRIP, a Connecticut limited liability company,<br><br>  Defendant. | Case No. 8:22-cv-00446-FMO-DFM<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Fernando M. Olguin |

1       Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff Chubby Gorilla, Inc. and Defendant Hills Point Industries, LLC, IT IS HEREBY ORDERED THAT:

      This Action, including all claims, counterclaims and defenses, is hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees incurred in this Action.

**IT IS SO ORDERED.**

Dated: November 18, 2022                  /s/
                                            Honorable Fernando M. Olguin
                                            United States District Judge